IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

Criminal No. 2:24-cr-00034-M-2
Civil No. 2:26-cv-00067-M

| | | |
|---|---|---|
| BRANDON EDWARD REEVES, Petitioner, | ) | |
| v. | ) | ORDER |
| UNITED STATES OF AMERICA, Respondent. | ) | |

The court, having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, ORDERS the United States Attorney to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED this 22d day of October, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE